## Commonwealth *v.* Padgett, Appellant.

 Argued March 12, 1973. *Gerald E. Ruth,* Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.